AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robie J. Drake | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 99-CV-681 |
| v. | |

L.A. Portuondo Superintendent, Shawangunk Correctional Facility

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Respondent's motion for summary judgment is granted, the petition is dismissed and this case is closed.


Date: March 20, 2006                                    RODNEY C. EARLY,
                                                        CLERK

                                                By:    s/Deborah M. Zeeb
                                                       Deputy Clerk